THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN PADDEN,

Appellant.— Judgment affirmed. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.